UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Leonard Douglas DiBartelo | : | Case No.: 23-13190 |
| | : | Chapter 7 |
| Debtor. | : | Judge Janet S. Baer |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION WITH 30 DAY WAIVER

TO: See attached list.

     PLEASE TAKE NOTICE that on **November 22, 2024, at 11:00 am**, I will appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the U.S. Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, **or** electronically as described below and present the Motion of The Huntington National Bank for Relief from Stay, a copy of which is attached.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

     **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

     **Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                    The Huntington National Bank

                                            By: /s/ Todd J. Ruchman
                                                      Todd J. Ruchman (6271827)
                                                      MDK Legal
                                                      P.O. Box 165028

23-028979_BEW1

Columbus OH  43216-5028
Contact email is tjruchman@manleydeas.com

23-028979_BEW1

# CERTIFICATE OF SERVICE

I certify that on __October 22, 2024__, a copy of the foregoing Notice of Motion with 30 Day Waiver was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Frank J Kokoszka, trustee@k-jlaw.com

David R Herzog, Attorney for Leonard Douglas DiBartelo, drh@dherzoglaw.com

I certify that on __October 22, 2024__, a copy of the foregoing document was sent by U.S. Mail to the following:

Leonard Douglas DiBartelo, 6 Regent Ct, Hinsdale, IL  60527

Leonard Douglas DiBartelo and Christine A. DiBartelo, 6 Regent Court, Burr Ridge, IL 60527

Chase Bank, N.A., Attn: Bankruptcy Dept., P.O. Box 15145, Wilmington, DE  19850

/s/ Todd J. Ruchman

Date: 10/22/2024

23-028979_BEW1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Leonard Douglas DiBartelo** | : | Case No.:  23-13190 |
| | : | Chapter 7 |
| Debtor. | : | Judge Janet S. Baer |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

## MOTION OF THE HUNTINGTON NATIONAL BANK FOR RELIEF FROM THE AUTOMATIC STAY (SECOND MORTGAGE) WITH 30 DAY WAIVER

The Huntington National Bank ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay on the real property located at 6 Regent Court, Burr Ridge, IL 60527 ("Property"). In support of its motion, Creditor states the following:

1. Leonard Douglas DiBartelo ("Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 3, 2023 (the "Petition Date") and converted to a Chapter 7 on January 16, 2024.

2. On August 27, 2008, Debtor and Christine A. DiBartelo executed a Credit Agreement and Disclosure in the original amount of $258,000.00 (the "Note").  A copy of the Note is attached hereto as Exhibit A.

3. To secure the Note, a Mortgage was given August 27, 2008 and recorded September 4, 2008.  A copy of the Mortgage subsequent Assignments of Mortgage are attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

4. There are other liens against the property as listed in Debtor's Schedule D.

23-028979_BEW1

5.  Debtor's Statement of Intent is silent in regards to the Property. As of the date of this Motion, Debtor has not filed their Statement of Intent.

6.  As of October 17, 2024 the total outstanding amount due on the Note is $354,956.51 which consists of:

    | | |
    |---|---|
    | Principal | $237,322.06 |
    | Interest | $100,359.25 |
    | Escrow advance | $0.00 |
    | Late charges | $1,284.54 |
    | Other Fees | $645.00 |
    | Recoverable balance | $15,345.66 |
    | Suspense funds | $(0.00) |

7.  Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

8.  Creditor is entitled to relief from the automatic stay for the following reason(s):

    a.  Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's contractual default.

    b.  The Note matured on October 27, 2018. Pursuant to the terms of the contract, the full balance is due upon maturity. Therefore, the full balance of $354,956.51 is due and owing.

9.  Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within 30 days of the date it is filed. Creditor further requests that Rule 4001(a)(3) be waived so that an Order Granting Relief from the Automatic Stay will take immediate effect.

23-028979_BEW1

WHEREFORE, Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Stephen R. Franks (0075345)
MDK Legal
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

23-028979_BEW1

# **CERTIFICATE OF SERVICE**

I certify that on  October 22, 2024 , a copy of the foregoing Motion of The Huntington National Bank for the Automatic Stay with 30 Day Waiver was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Frank J Kokoszka, trustee@k-jlaw.com

David R Herzog, Attorney for Leonard Douglas DiBartelo, drh@dherzoglaw.com

I certify that on   October 22, 2024 , a copy of the foregoing document was sent by U.S. Mail to the following:

Leonard Douglas DiBartelo, 6 Regent Ct, Hinsdale, IL  60527

Leonard Douglas DiBartelo and Christine A. DiBartelo, 6 Regent Court, Burr Ridge, IL 60527

Chase Bank, N.A., Attn: Bankruptcy Dept., P.O. Box 15145, Wilmington, DE  19850

/s/ Todd J. Ruchman

Date:   10/22/2024

23-028979_BEW1