# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Leonard Douglas DiBartelo</u>
Case No. <u>23-13190</u> Chapter <u>7</u>

All Cases: Moving Creditor <u>The Huntington National Bank</u>    Date Case Filed <u>October 3, 2023</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report filed on _____
              ☒ No-Asset Report not filed. Date of Creditor's Meeting: <u>11/04/24</u>

1. Property

    a.  ☒   Home 6 Regent Court, Burr Ridge, IL 60527;
    b.  ☐   Car Year, Make, and Model _____
    c.  ☐   Other (describe) _____

2. Balance Owed as of October 17, 2024: $<u>354,956.51</u>
   Total of all other Liens against Collateral: $<u>316,664.25</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>270,500.00</u>, Assessors records.

5. Default

    a.  ☒   Pre-Petition Default
    a.      Number of months <u>1*</u>          Amount *The Note matured on October 27, 2018. Pursuant to the terms of the contract, the full balance is due upon maturity. Therefore, the full balance of $354,956.51 is due and owing.

    b.  ☐   Post-Petition Default
     i. ☐   On direct payments to the moving creditor
            Number of months _____          Amount $_____

     ii. ☐  On payments to the Standing Chapter 13 Trustee
            Number of months _____          Amount $_____

6. Other Allegations

    a.  ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

        i.   ☐  No insurance
        ii.  ☐  Taxes unpaid          Amount $_____
        iii. ☐  Rapidly depreciating asset
        iv.  ☐  Other _____

    b.  ☐   No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c.  ☐   Other "Cause" 11 U.S.C. §362(d)(1)


23-028979_BEW1

      i. ☐     Bad Faith (describe) _____
     ii. ☐     Multiple filings
    iii. ☐     Other (describe) _____

    d.     Debtor's Statement of Intention regarding the Collateral

       i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☒ No Statement of Intention Filed

Date:   10/22/2024

                                                                         Respectfully submitted,

                                                                         /s/ Todd J. Ruchman
                                                                        Todd J. Ruchman (6271827)
                                                                        Adam B. Hall (0088234)
                                                                        Stephen R. Franks (0075345)
                                                                        MDK Legal
                                                                        P.O. Box 165028
                                                                        Columbus OH  43216-5028
                                                                        614-220-5611; Fax: 614-627-8181
                                                                        Attorneys for Creditor
                                                                        The case attorney for this file is Todd J. Ruchman.
                                                                        Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

23-028979_BEW1