# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| | ) | | |
| Leonard Douglas Dibartelo, | ) | Case No: | 23-13190 |
| | ) | | |
| Debtor. | ) | Judge: | Janet S. Baer |

## NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

TO: See attached service list

PLEASE TAKE NOTICE THAT ON **April 18, 2025 at 11:00 a.m.,** I will appear before the **Honorable Judge Janet S. Baer,** or any Judge sitting in that judge's place, **either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, or **electronically** as described below, and present the attached *Trustee's Motion to Employ Accountant*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode

**Meeting ID and password**. The **meeting ID** for this hearing is **160 731 2971** and passcode **is 587656**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

| | |
|---|---|
| Thomas E. Springer | By: /s/ Thomas E. Springer |
| Springer Larsen, LLC | Attorney for the Trustee |
| 300. S. County Farm Road, Ste. G | |
| Wheaton, IL 60187 | |
| 630-510-0000 | |
| tspringer@springerbrown.com | |

# **CERTIFICATE OF SERVICE**

I, Adriana O'Loughlin,

[ ] an attorney, certify

    - or -

[ x] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on **April 11, 2025,** at 5:30 p.m.

                                        /sAdriana O'Loughlin

# SERVICE LIST

**ECF Service:**
*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but limited to:*

**ECF Service:**

Adam Brief, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Frank J Kokoszka, Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle
Suite 1201
Chicago, IL 60603-1419
trustee@k-jlaw.com

David R Herzog
Law Offices of David R Herzog
53 W Jackson Blvd
Ste 1442
Chicago, IL 60604
Email: drh@dherzoglaw.com

**U.S. MAIL**

Leonard Douglas DiBartelo
6 Regent Ct
Hinsdale, IL 60527-8308

Lois West
Kutchins, Robbin & Diamond, Ltd.
35 E. Wacker Place
Chicago, IL 60601

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| | ) | | |
| Leonard Douglas Dibartelo, | ) | Case No: | 23-13190 |
| | ) | | |
| Debtor. | ) | Judge: | Janet S. Baer |

## TRUSTEE'S MOTION TO EMPLOY ACCOUNTANTS

NOW COMES the Trustee, Frank J. Kokoszka, (herein the "Trustee"), by and through his attorneys, Thomas E. Springer of the firm of SPRINGER LARSEN, LLC, and moves this honorable Court pursuant to 11 U.S.C. §327 and Federal Rules of Bankruptcy Procedure ("FRBP") 2014 for authority to retain Lois West and Kutchins, Robbin & Diamond, Ltd. as accountants for the estate, and in support thereof states as follows:

1. Applicant is the duly appointed Trustee in Bankruptcy.

2. The Trustee requires the assistance of an accountant to perform the following duties:

   a. Preparation of all necessary income tax returns.

   b. Advising the Trustee as necessary for the proper accounting administration and closing of the Estate.

   c. Such other matters as the Trustee deems necessary.

3. The Trustee has selected Lois West and the firm of Kutchins, Robbin & Diamond, Ltd., Certified Public Accountants, as his accountants in this case. Applicant believes that Lois West has the appropriate accounting skills and personnel to perform the accounting services needed by this estate. They have previously been employed as accountants for Trustee as well as

other Bankruptcy Trustees and have extensive experience and expertise in performing this type of service.

     4.     Lois West and Kutchins, Robbin & Diamond, Ltd. have agreed to accept as their fee in such amount as determined by the Court. It is contemplated that Lois West and Kutchins, Robbin & Diamond, Ltd. will seek compensation based upon normal and usual hourly billing rates, and that they will seek interim compensation as permitted by 11 U.S.C. §331.

     5.     Attached hereto is the Declaration of Lois West supporting Applicant's conclusion that Kutchins, Robbin & Diamond, Ltd. is a disinterested person.

WHEREFORE, the Trustee prays that he be authorized to retain Lois West and Kutchins, Robbin & Diamond, Ltd., Certified Public Accountants, as his accountant herein, with compensation to be paid as an administrative expense in such amounts as this Court may determine and allow upon further application.

                                         Respectfully Submitted,
                                         Frank J. Kokoszka, Trustee

                                         By:   /s/Thomas E. Springer /s/
                                                 One of His Attorneys

Thomas E. Springer
Springer Larsen, LLC
Wheaton Office Center
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com